the National Labor Relations Board be and hereby is granted leave to withdraw without prejudice its petition for enforcement, and it is further ordered that the Clerk of this Court forthwith forward and release to the National Labor Relations Board the entire certified transcript of record in this cause.

■

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. Leo FORREST, Doing Business as Forrest Manufacturing Company, Respondent.**

No. 10667.

Circuit Court of Appeals, Ninth Circuit.

March 7, 1944.

Howard Lichtenstein, Asst. Gen. Counsel, National Labor Relations Board, of Washington, D. C., for petitioner.

Before GARRECHT, STEPHENS, and HEALY, Circuit Judges.

PER CURIAM.

Upon petition of the National Labor Relations Board for entry of a decree enforcing its order herein, respondent consenting to entry of such decree, and good cause therefor appearing, ordered petition granted and decree filed and entered enforcing the order of the National Labor Relations Board and that a certified copy of such decree be forthwith issued to the respective parties.

■

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. NELSON SPECIALTY WELDING EQUIPMENT CORPORATION, Respondent.**

No. 10685.

Circuit Court of Appeals, Ninth Circuit.

March 7, 1944.

Howard Lichtenstein, Asst. Gen. Counsel, National Labor Relations Board, of Washington, D. C., for petitioner.

Before GARRECHT, STEPHENS, and HEALY, Circuit Judges.

PER CURIAM.

Upon petition of the National Labor Relations Board for entry of a decree enforcing its order herein, respondent consenting to entry of such decree, and good cause therefor appearing, ordered petition granted and decree filed and entered enforcing the order of the National Labor Relations Board and that a certified copy of such decree be forthwith issued to the respective parties.

■

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. A. C. THATCHER, Raleigh M. Montgomery, and Harleigh A. Montgomery, Partners, Doing Business as Viola Lumber Company, Respondent.**

No. 10643.

Circuit Court of Appeals, Ninth Circuit.

Jan. 18, 1944.

Howard Lichtenstein, Asst. Gen. Counsel, N. L. R. B., of Washington, D. C., for petitioner.

Before WILBUR, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Upon petition of the National Labor Relations Board for entry of a decree enforcing its order herein, respondent consenting to entry of such decree, and good cause therefor appearing, ordered petition granted and decree filed and entered enforcing the order of the National Labor Relations Board and that a certified copy of such decree be forthwith issued to the respective parties.

■

**NEW YORK TRUST COMPANY, as Trustee, Appellant, v. NORTHERN PACIFIC RAILWAY COMPANY et al.**

No. 11714.

Circuit Court of Appeals, Eighth Circuit.

Feb. 21, 1944.